UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>C. PFEIFFER, et al.,<br><br>　　　　Defendants. | 1:20-cv-01825-AWI-GSA-PC<br><br>**ORDER DENYING MOTION FOR STAY (ECF No. 5.)**<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**<br><br>**THIRTY-DAY DEADLINE TO FILE OBJECTIONS** |

　　　Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On February 17, 2021, Plaintiff filed a motion to stay the proceedings in this case until he is finished with court proceedings in Bakersfield. (ECF No. 5.) Plaintiff alleges that he was moved from Pelican Bay State Prison to Kern Valley State Prison for court, but he does not have access to his property and is unable to properly litigate this case.

　　　A stay of the proceedings is not Plaintiff's only remedy. Now pending in this case are the court's findings and recommendations to deny Plaintiff leave to proceed *in forma pauperis*, issued on January 19, 2021. (ECF No. 4.) Plaintiff's objections to the findings and recommendations, if any, are now due. Plaintiff's motion for stay shall be denied. However, in place of a stay, the court finds good cause to grant Plaintiff an extension of time to file objections to the findings and recommendations.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for stay, filed on February 17, 2021, is denied; and
2. Plaintiff is granted thirty days from the date of service of this order in which to file objections to the findings and recommendations issued on January 19, 2021.

IT IS SO ORDERED.

Dated: **February 19, 2021**          **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE