UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>        Plaintiff,<br><br>vs.<br><br>C. PFEIFFER, et al.,<br><br>        Defendants. | 1:20-cv-01825-AWI-GSA-PC<br><br>**ORDER RESPONDING TO PLAINTIFF'S MOTION**<br>**(ECF No. 16.)** |

      Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The case was dismissed and closed on April 1, 2021. (ECF No. 10.) On May 14, 2021, Plaintiff appealed the dismissal of this case to the Ninth Circuit Court of Appeals. (ECF No. 13.) On May 14, 2021, Plaintiff filed a motion for response to notice of appeal. (ECF No. 16.)

      Plaintiff states that this court has billed him for the $505.00 filing fees due for his appeal. He requests the court to inform him whether he needs to show proof of his indigency and if so, to send him an application to proceed *in forma pauperis* on appeal.

      Plaintiff is advised that this court does not require any documentation from Plaintiff at this stage of the proceedings. This order resolves Plaintiff's motion filed on May 14, 2021.

IT IS SO ORDERED.

    Dated:   **May 22, 2021**            **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE